**United States Bankruptcy Court** District of Rhode Island Providence Division

**PROOF OF CLAIM**

Name of Debtor
Juan Pimentel

Case Number
08-12960-ANV

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C § 503.

Name of Creditor (The person or entity to who the debtor owes money or property)
Countrywide Home Loans, Inc as servicer for Deutsche Bank National Trust Company as Trustee for the Holders of Ixis Real Estate Capital Trust 2005-HE3 Mortgage Pass-Through Certificates, Series 2005-HE3

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**Name and Address Where Notices Should be Sent**
Countrywide Home Loans
7105 Corporate Drive
Plano, TX 75024

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Last four digits off account or other number by which creditor identifies debtor:
xxx3715

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: ____________

**1. Basis For Claim**
☐ Goods sold
☐ Services performed
☑ Money loaned
☐ Personal Injury/wrongful death
☐ Taxes
☐ Other______________________

☐ Retiree benefits as defined in 11 U.S.C 1114(a)
☐ Wages, salaries, and compensations (Fill out below)

Last four digits of your social security number ___________
Unpaid compensations for services performed
from________________________ (date) to ____________________________ (date)

**2. Date Debt Was Incurred**
February 4, 2005

**3. If Court Judgment, Date Obtained**

**4. Classification Of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $__________________________
☐ Check this box if a) there is no collateral or lien securing your claim or, b) your claim exceeds the value of the property securing it, or if c) none or only part claim is entitled priority.

**Unsecured Priority Claim** $__________________________
☐ Check this box if you have an unsecured priority claim, all or part of which is entitled to priority
Amount entitled to priority $____________________

**Security Claim.**
☑ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☑ Real Estate ☐ Motor Vehicle ☐ Other ____________
Interest, fees and costs continue to accrue
Value of Collateral: $_____________________________

Amount of arrearage and other charges at time case filed included in secured claim, if any $24,229.88

Specify the priority of the claim:
☐ Domestic support of obligations under 11 U.S.C. § 507 (a)(1)(4) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10, 950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507 (a)(4)
☐ Contributions to an employee benefit plan - U.S.C. 507 (a)(4)
☐ Up to $2,425* of deposits toward purchase, lease or rental of property or services for personal, family, or household use - 11 U.S.C. § 507 (a)(7)
☐ Taxes or penalties of governmental units - 11 U.S.C. 507 § (a)(8)
☐ Other – specify applicable paragraph of 11 U.S.C. § 507 (a)(____).
*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

5. Total Amount Of Claim at Time Case Filed:

| $________________ | $ 276,516.40 | $________________ | $ 276,516.40 |
|---|---|---|---|
| (Unsecured) | (Secured) | (Priority) | (Total) |

☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits**: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
7. **Supporting Documents**: *Attach copies of supporting documents* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. If the documents are not available, explain. If the documents are voluminous, attach a summary.
8. **Date-Stamped Copy**: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space for Court Use Only

Date
November 12, 2008

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
**/s/ Kathryn A. Fyans, Esquire, Attorney for Countrywide Home Loans, Inc as servicer for Deutsche Bank National Trust Company as Trustee for the Holders of Ixis Real Estate Capital Trust 2005-HE3 Mortgage Pass-Through Certificates, Series 2005-HE3**

Penalty for presenting faulty claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

5. Itemized statement of additional charges

| | | |
|---|---|---|
| Principal | $ | 249,895.18 |
| Interest to 09/24/2008 | $ | 21,274.56 |
| Legal Fees and Costs | $ | 3,056.76 |
| Escrow Shortage | $ | 1,682.32 |
| Property Inspections/Preservation | $ | 207.50 |
| Accrued Late Fees | $ | 150.08 |
| Post-Petition Pre-Confirmation Legal Fees and Costs | $ | 250.00 |
| TOTAL | $ | 276,516.40 |

Itemized statement of pre-petition arrearage

| | | |
|---|---|---|
| 2 payments at $2,530.05 | $ | 5,060.10 |
| 6 payments at $2,345.52 | $ | 14,073.12 |
| Accrued Late Fees | $ | 150.08 |
| Legal Fees and Costs | $ | 3,056.76 |
| Property Inspections/Preservation | $ | 207.50 |
| Escrow Shortage | $ | 1,682.32 |
| TOTAL | $ | 24,229.88 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE:<br><br>Juan Pimentel | CHAPTER 13<br>CASE NO. 08-12960-ANV |

CERTIFICATE OF SERVICE

I, Kathryn A. Fyans, Esquire, state that on November 12 , 2008, I electronically filed the foregoing Proof of Claim with the United States Bankruptcy Court for the District of Rhode Island using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Office of the U.S. Trustee
John Boyajian, Esquire, Chapter 13 Trustee
John B. Ennis, Esquire for the Debtor

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

/s/ Kathryn A. Fyans
Kathryn A. Fyans, Esquire
RI# 7360

Juan R. Pimentel
158 Briggs Street
Providence, RI 02905

KAF//200806-0027/Pimentel, Juan

EXHIBIT B

WHEN RECORDED MAIL TO:

IMPAC FUNDING CORP. ATTN: DOC CONTROL
1401 DOVE STREET, SUITE 100
NEWPORT BEACH, CALIFORNIA 92660-2431

Loan Number: 4503029118
Servicing Number:

Doc No: 00017620
Book: 9162 Page: 162

[Space Above This Line For Recording Data]

# Assignment of Mortgage

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to Deutsche Bank National Trust Company as Trustee for the Holders of Ixis Real Estate Capital Trust 2005-HE3 Mortgage Pass-Through Certificates, Series 2005-HE3, c/o Countrywide Home Loans, Inc., 7105 Corporate Drive, Plano, TX 75024 all beneficial interest under that certain Mortgage dated FEBRUARY 4, 2005 executed by JUAN R PIMENTEL, , Mortgagor and recorded as Instrument No. concurrently herewith on February 9, 2005 at 10:34 a.m. in book 7089, page 22, ~~of Official Records in the County Recorder's office of~~ in the Records of Land Evidence in the City PROVIDENCE County, RHODE ISLAND describing land therein as SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF AS EXHIBIT "A".

Commonly known as: 158 - 160 BRIGGS STREET, PROVIDENCE, RHODE ISLAND 02905

Assessor's Parcel #: AP 54 LOT 23

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Mortgage.

NOVELLE FINANCIAL SERVICES, A DELAWARE CORPORATION

By: [signature]
Name: Nancy A. Wood
Title: Authorized Signatory

Attest

By:
Name:
Title:

Attest

STATE OF CALIFORNIA

COUNTY OF Orange SS.

On 2-8-05 before me,
Annette L. Acker
personally appeared
Nancy A. Wood
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

Signature [signature]
Annette L Acker
Name (Typed or Printed)
Notary Public in for said State

(This area for Corporate Seal)

ANNETTE L. ACKER
Commission # 1373062
Notary Public - California
Orange County
My Comm. Expires Sep 2, 2006

(This area for official notarial seal)



DocMagic eForms 800-649-1362
www.docmagic.com

Corpl.aom.l.lem

File No:5015

# EXHIBIT A - LEGAL DESCRIPTION

That certain tract or parcel of land, with all buildings and improvements thereon, situated on the southerly side of Briggs Street, in the City of Providence in the State of Rhode Island, comprising the whole of lot numbered 284 (two hundred eighty-four) and the easterly twenty (20) feet in width by the entire depth of lot numbered 285 (two hundred eighty-five), on that plat entitled, "The Dower Land of the Estate in Cranston of the JOSEPH BURGESS ESTATE Surveyed by the Atwater Schubarth & Haines for the proprietors April 6th 1848", which plat is recorded in the Office of the Recorded of Deeds in said City of Providence in Plat Book 9 at Page 7 and on Plat Card 235.

Property Address:

158-160 Briggs Street
Providence, RI

Assessors Plat 54 Lot 23

Doc No: 00017620
Book: 9162 Page: 163

RECEIVED:

Providence
Received for Record
Jul 22,2008 at 01:28:45P
Document Num: 00017620
John A Murphy
Recorder of Deeds

J. R. P.

Stewart Title Guaranty Company

EXHIBIT C

Home | Latest Filings | Previous Page

U.S. Securities and Exchange Commission

Search the Next-Generation EDGAR System

# Filing Detail

SEC Home » Search the Next-Generation EDGAR System » Company Search » *Current Page*

*Form 424B5 - Prospectus [Rule 424(b)(5)]*

**SEC Accession No.** 0000950136-05-005516

**Filing Date**
2005-08-30

**Filing Date Changed**
2005-08-30

**Accepted**
2005-08-30 11:08:55

**Documents**
1

Document Format Files

| Seq | Description | Document | Type | Size |
|---|---|---|---|---|
| 1 | FORM 424B5 | file001.htm | 424B5 | 1516535 |
| | Complete submission text file | 0000950136-05-005516.txt | | 1519536 |

## MORGAN STANLEY ABS CAPITAL I INC (Filer) CIK: 0001030442 (see all company filings)

IRS No.: **133939229** | State of Incorp.: **DE** | Fiscal Year End: **1231**
Type: **424B5** | Act: **33** | File No.: **333-121914** | Film No.: **051057501**
SIC: **6189** Asset-Backed Securities
Assistant Director 5

Business Address
*1585 BROADWAY 2ND FL*
*NEW YORK NY 10036*
*2127614000*

Mailing Address
*1585 BROADWAY 2ND FLOOR*
*NEW YORK NY 10036*

## Morgan Stanley ABS Capital I Inc. IXIS MOR CAP TR 2005-HE3 (Serial) CIK: 0001337472 (see all company filings)

State of Incorp.: **DE** | Fiscal Year End: **1231**
Type: **424B5** | Act: **33** | File No.: **333-121914-07** | Film No.: **051057502**
SIC: **6189** Asset-Backed Securities
Assistant Director 5

Business Address
*1585 BROADWAY 2ND FL*
*NEW YORK NY 10036*
*2127614000*

Mailing Address
*1585 BROADWAY 2ND FLOOR*
*NEW YORK NY 10036*

# EXHIBIT D

424B5 1 file001.htm FORM 424B5

Filed Persuant to Rule 424B5
Registration File No. 333-121914

PROSPECTUS SUPPLEMENT
(TO PROSPECTUS DATED MAY 10, 2005)

$750,000,000
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-HE3
IXIS REAL ESTATE CAPITAL TRUST 2005-HE3
ISSUER
MORGAN STANLEY ABS CAPITAL I INC.
DEPOSITOR
IXIS REAL ESTATE CAPITAL INC. *
SELLER
JPMORGAN CHASE BANK, N.A.
MASTER SERVICER
SAXON MORTGAGE SERVICES, INC.
SERVICER
COUNTRYWIDE HOME LOANS SERVICING LP
SERVICER

THE FOLLOWING CLASSES OF CERTIFICATES ARE BEING OFFERED PURSUANT TO THIS PROSPECTUS SUPPLEMENT AND THE ACCOMPANYING PROSPECTUS:

| CLASS | ORIGINAL CLASS CERTIFICATE BALANCE | PASS-THROUGH RATE | EXPECTED RATINGS (FITCH/MOODY'S/S&P) |
|---|---|---|---|
| CLASS A-1 | $212,182,000 | VARIABLE | AAA/AAA/AAA |
| CLASS A-2 | $245,500,000 | VARIABLE | AAA/AAA/AAA |
| CLASS A-3 | $ 83,000,000 | VARIABLE | AAA/AAA/AAA |
| CLASS A-4 | $ 63,847,000 | VARIABLE | AAA/AAA/AAA |
| CLASS M-1 | $ 29,555,000 | VARIABLE | AA+/AA1/AA+ |
| CLASS M-2 | $ 26,484,000 | VARIABLE | AA+/AA2/AA |
| CLASS M-3 | $ 15,353,000 | VARIABLE | AA/AA3/AA |
| CLASS M-4 | $ 14,585,000 | VARIABLE | AA-/A1/AA |
| CLASS M-5 | $ 13,050,000 | VARIABLE | A+/A2/A+ |
| CLASS M-6 | $ 12,283,000 | VARIABLE | A/A3/A+ |
| CLASS B-1 | $ 10,747,000 | VARIABLE | A-/BAA1/A- |
| CLASS B-2 | $ 9,980,000 | VARIABLE | BBB+/BAA2/BBB+ |
| CLASS B-3 | $ 5,757,000 | VARIABLE | BBB+/BAA3/BBB+ |
| CLASS B-4 | $ 7,677,000 | VARIABLE | BBB/BA1/BBB- |

----------
* PREVIOUSLY REFERRED TO AS CDC MORTGAGE CAPITAL INC.

---

YOU SHOULD READ THE SECTION ENTITLED "RISK FACTORS" STARTING ON PAGE S-7 OF THIS PROSPECTUS SUPPLEMENT; AND PAGE 7 OF THE ACCOMPANYING PROSPECTUS AND CONSIDER THESE FACTORS BEFORE MAKING A DECISION TO INVEST IN THE CERTIFICATES.

THE CERTIFICATES REPRESENT INTERESTS IN THE TRUST FUND ONLY AND ARE NOT INTERESTS IN OR OBLIGATIONS OF ANY OTHER PERSON.

NEITHER THE CERTIFICATES NOR THE UNDERLYING MORTGAGE LOANS WILL BE INSURED OR GUARANTEED BY ANY GOVERNMENTAL AGENCY OR INSTRUMENTALITY.

---

THE TRUST FUND --

o THE TRUST FUND CONSISTS PRIMARILY OF TWO GROUPS OF FIXED AND ADJUSTABLE-RATE, SUB-PRIME, FIRST- AND SECOND-LIEN MORTGAGE LOANS SECURED BY RESIDENTIAL REAL PROPERTIES.

THE CERTIFICATES --

o THE CERTIFICATES REPRESENT BENEFICIAL INTERESTS IN THE ASSETS OF THE TRUST FUND, AS DESCRIBED IN THIS PROSPECTUS SUPPLEMENT AND

o THE CERTIFICATES WILL ACCRUE INTEREST AT A RATE EQUAL TO ONE-MONTH LIBOR PLUS A RELATED FIXED MARGIN, SUBJECT TO CERTAIN CAPS, AS DESCRIBED IN THIS PROSPECTUS SUPPLEMENT.

PRE-FUNDING FEATURE --

o THE TRUST FUND WILL HAVE A PRE-FUNDING FEATURE, PERMITTING THE TRUST FUND TO ACQUIRE UP TO APPROXIMATELY $132,317,439 OF ADDITIONAL MORTGAGE LOANS ON OR PRIOR TO NOVEMBER 24, 2005.

CREDIT ENHANCEMENT --

o SUBORDINATION AS DESCRIBED IN THIS PROSPECTUS SUPPLEMENT UNDER "DESCRIPTION OF THE CERTIFICATES -- PRIORITY OF DISTRIBUTIONS AMONG CERTIFICATES";

o OVERCOLLATERALIZATION AS DESCRIBED IN THIS PROSPECTUS SUPPLEMENT UNDER "DESCRIPTION OF THE CERTIFICATES -- OVERCOLLATERALIZATION PROVISIONS";

o CROSS COLLATERALIZATION FOR THE CLASS A CERTIFICATES ONLY AS DESCRIBED IN THIS PROSPECTUS SUPPLEMENT UNDER "DESCRIPTION OF THE CERTIFICATES -- CROSS COLLATERALIZATION PROVISIONS";

o EXCESS INTEREST AS DESCRIBED IN THIS PROSPECTUS SUPPLEMENT UNDER "DESCRIPTION OF THE CERTIFICATES -- OVERCOLLATERALIZATION PROVISIONS"; AND

o THE CLASS A-1 CERTIFICATES WILL BE UNCONDITIONALLY AND IRREVOCABLY GUARANTEED AS TO TIMELY DISTRIBUTION OF INTEREST AND AS TO SPECIFIED DISTRIBUTIONS OF PRINCIPAL PURSUANT TO THE TERMS OF A FINANCIAL GUARANTY INSURANCE POLICY TO BE ISSUED BY

[FSA LOGO OMITTED]

THE SECURITIES AND EXCHANGE COMMISSION AND STATE SECURITIES REGULATORS HAVE NOT APPROVED OR DISAPPROVED OF THE OFFERED CERTIFICATES OR DETERMINED IF THIS PROSPECTUS SUPPLEMENT OR THE ACCOMPANYING PROSPECTUS ARE TRUTHFUL OR COMPLETE. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.

MORGAN STANLEY ABS CAPITAL I INC. WILL NOT LIST THE CERTIFICATES ON ANY SECURITIES EXCHANGES OR ON ANY AUTOMATED QUOTATION SYSTEM OF ANY SECURITIES ASSOCIATION.

THE CERTIFICATES OFFERED BY THIS PROSPECTUS SUPPLEMENT WILL BE PURCHASED BY MORGAN STANLEY & CO. INCORPORATED, BANC OF AMERICA SECURITIES LLC, AND COUNTRYWIDE SECURITIES CORPORATION, AND OFFERED FROM TIME TO TIME TO THE PUBLIC IN NEGOTIATED TRANSACTIONS OR OTHERWISE AT VARYING PRICES TO BE DETERMINED AT THE TIME OF SALE. PROCEEDS TO THE DEPOSITOR FROM THE SALE OF THE OFFERED CERTIFICATES ARE ANTICIPATED TO BE APPROXIMATELY $750,000,000 BEFORE THE DEDUCTION OF EXPENSES PAYABLE BY THE DEPOSITOR, ESTIMATED TO BE APPROXIMATELY $1,000,000. THE OFFERED CERTIFICATES WILL BE AVAILABLE FOR DELIVERY TO INVESTORS IN BOOK-ENTRY FORM THROUGH THE FACILITIES OF THE DEPOSITORY TRUST COMPANY, CLEARSTREAM BANKING, SOCIeTe ANONYME, AND EUROCLEAR BANK, AS OPERATOR OF THE EUROCLEAR SYSTEM, ON OR ABOUT AUGUST 30, 2005.

EXHIBIT E

## CORRECTIVE ASSIGNMENT OF MORTGAGE*

Novelle Financial Services, 19500 Jamboree Road, Irvine, CA 92612, holder of a mortgage

from Juan R. Pimentel

to Novelle Financial Services

dated February 4, 2005, and recorded with the Records of Land Evidence in the City of Providence on February 9, 2005 at 10:34 a.m. at Book 7089, Page 22

assigns said mortgage and the note and claim secured thereby to Deutsche Bank National Trust Company as Trustee for the Holders of Ixis Real Estate Capital Trust 2005-HE3 Mortgage Pass-Through Certificates, Series 2005-HE3 c/o BAC Home Loans Servicing, L.P. 7105 Corporate Drive, Plano TX 75024

Property Address: 158 - 160 Briggs Street, Providence, RI 02905

IN WITNESS WHEREOF, the said Novelle Financial Services has caused its corporate seal to be hereto affixed and these presents to be signed, in its name and behalf by Ercan Ozbek,

this 31st day of December, 2009

Novelle Financial Services

ERCAN OZBEK, AUTHORIZED SIGNATORY

State of CALIFORNIA}
County of ORANGE }

On **December 31st, 2009** before me, **Meagan Ashmore**, Notary Public, personally appeared **Ercan Ozbek**, who proved to me on the basis of satisfactory evidence to be the person(~~s~~) whose name(~~s~~) is/~~are~~ subscribed to the within instrument and acknowledged to me that he/~~she/they~~ executed the same in his/~~her/their~~ authorized capacity(~~ies~~), and that by his/~~her/their~~ signature(~~s~~) on the instrument the person(~~s~~), or the entity upon behalf of which the person(~~s~~) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ______________________ **(Seal)**

*This corrective assignment is being executed due to a faulty acknowledgment on the prior assignment.

MEAGAN ASHMORE
Commission # 1792739
Notary Public - California
Orange County
My Comm. Expires Mar 3, 2012