**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

---

In Re: **Juan Pimentel**

BK No. **1:08−bk−12960**
Chapter **13**

Debtor(s)

**Juan Pimentel** *et al.*
Plaintiff(s)
     v.
**BAC Home Loans Servicing, LP** *et al.*
Defendant(s)

AP No. **1:10−ap−01013**

---

### Order on Motion/Application (doc# 12 ) by Rule of Court

*Re: Motion to dismiss, filed by plaintiff*

The pleading was duly filed, served and noticed pursuant to local rules. No timely resistance/objection was filed.

THEREFORE, in accordance with LBR 9013−2(a), it is **ORDERED** that the Motion/Application (doc.# 12 ) is hereby **GRANTED** .

*So Ordered:*

/s/ Arthur N. Votolato
U.S. Bankruptcy Court Judge

Date: **5/19/10**

Entered on Docket: **5/19/10**
Document Number: **13 − 12**

newendoAP.jsp #102

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

Website: www.rib.uscourts.gov